# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Olga L. Bogdanov, Chapter 7 Trustee
of Amherst Technologies, LLC, et al.,
      Plaintiff

v.                    Civil No.   1:07-mc-13-SM

Airport Network Solutions, Inc.,
      Defendant

## ORDER

In accordance with the Report Regarding Proposed Findings of Fact and Conclusions of Law issued by Bankruptcy Judge J. Michael Deasy on January 23, 2007, the Plaintiff's Motion for Default Judgment is granted. Default judgment shall be entered against the Defendant.

    SO ORDERED.


Date:  February 9, 2007          /s/ Steven J. McAuliffe

                                            United States District Judge

cc;  Olga L. Bogdanov, Esq.
     Daniel W. Sklar, Esq.
     Airport Network Solutions, pro se
     US Bankruptcy Court - NH, Clerk
     Geraldine L. Karonis, Esq.